# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-1028**                    **September Term, 2019**

**LOC-84FR1918**

**Filed On:**

George Johnson,

        Appellant

    v.

Copyright Royalty Board and Librarian of
Congress,

        Appellees

------------------------------

Nashville Songwriters Association
International, et al.,
              Intervenors
------------------------------

Consolidated with 19-1058, 19-1059,
19-1060, 19-1061, 19-1062

     **BEFORE:**    Henderson, Garland, and Millett, Circuit Judges

# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC